```
BRITTANY FAYE SHANTA EVANS    MOHELA
1381 NORMAN ST                PO BOX 300001
JACKSON, MS 39209             GREENVILLE, TX 75403



THOMAS C. ROLLINS, JR.        OKINUS, INC
THE ROLLINS LAW FIRM, PLLC    ATTN: BANKRUPTCY
P.O. BOX 13767                147 W RAILROAD ST, S
JACKSON, MS 39236             PELHAM, GA 31779



ALLY CREDIT CARD              PORTFOLIO RECOVERY
PO BOX 9222                   ATTN: BANKRUPTCY
OLD BETHPAGE, NY 11804        120 CORPORATE BLVD
                              NORFOLK, VA 23502



AMERICAN FIRST FINANCI        QUEST DIAGNOSTICS
P.O. BOX 565848               14141 SOUTHWEST FWY
DALLAS, TX 75356              SUITE 300
                              SUGAR LAND, TX 77478



BRIGIT                        VELOCITY INVESTMENTS
838 AVENUE OF THE AM          P.O. BOX 948
NEW YORK, NY 10001-4194       OXFORD, MS 38655



DAVE
265 S COCHRAN AVE
LOS ANGELES, CA 90019



EMPOWER CASH ADVANCE
ATTN: BANKRUPTCY
660 YORK ST STE 102
SAN FRANCISCO, CA 94110



HARRIS COUNTY TOLL RD
7701 WILSHIRE PLACE DR
HOUSTON, TX 77040



MOHELA
ATTN: BANKRUPTCY
P.O.BOX 9635
WILKES BARR, PA 18773
```