_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 25, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**BRITTANY FAYE SHANTA EVANS,**                    **CASE NO: 25-01927-JAW**

**DEBTOR.**                                                                  **CHAPTER 7**

Brittany Faye Shanta Evans, Debtor
Thomas C. Rollins, Jr., Esq., Counsel for the Debtor

### ORDER TO SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on September 8, 2025, at 1:30 p.m. in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to show cause why the above-styled case should not be dismissed for failure to comply with the Court's Deficiency Notice (the "Notice") (Dkt. #1) issued on August 7, 2025.

If you do not want the Court to dismiss your case based on your failure to comply with the Notice, or if you want the Court to consider your views on why your case should not be dismissed, you or your attorney must file a written response explaining your position so that the Court receives

it on or before September 5, 2025. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should mail any written response to the Court for filing at the U.S. Bankruptcy Court, U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, Mississippi, 39201. If you file a response, you or your attorney are required to attend the hearing scheduled to be held on September 8, 2025. The hearing will be electronically recorded by the Court.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the dismissal of your case. If no written response is filed and you fail to comply with the Notice before September 4, 2025, the Court may enter an order dismissing the case before the hearing date.

##END OF ORDER##