___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 26, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
___

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**BRITTANY FAYE SHANTA EVANS,**          **CASE NO. 25-01927-JAW**

      **DEBTOR.**                                                      **CHAPTER 7**

### ORDER DISMISSING ORDER TO SHOW CAUSE

There came on for consideration the Order to Show Cause (Dkt. #11) ("Order") entered on August 25, 2025, for failure to comply with the court's Deficiency Notice (Dkt. #1) issued on August 7, 2025. The Court, having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##