United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-01927-JAW |
| Brittany Faye Shanta Evans | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 1 |
| Date Rcvd: Aug 25, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brittany Faye Shanta Evans, 1381 Norman St, Jackson, MS 39209-4321 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Stephen Smith | trustee@hrkcpa.com MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Brittany Faye Shanta Evans trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

_____

SO ORDERED,

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 25, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**BRITTANY FAYE SHANTA EVANS,**                    **CASE NO: 25-01927-JAW**

**DEBTOR.**                                         **CHAPTER 7**

Brittany Faye Shanta Evans, Debtor
Thomas C. Rollins, Jr., Esq., Counsel for the Debtor

## ORDER TO SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on September 8, 2025, at 1:30 p.m. in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to show cause why the above-styled case should not be dismissed for failure to comply with the Court's Deficiency Notice (the "Notice") (Dkt. #1) issued on August 7, 2025.

If you do not want the Court to dismiss your case based on your failure to comply with the Notice, or if you want the Court to consider your views on why your case should not be dismissed, you or your attorney must file a written response explaining your position so that the Court receives

it on or before September 5, 2025.  Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF.  Others should mail any written response to the Court for filing at the U.S. Bankruptcy Court, U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, Mississippi, 39201.    If you file a response, you or your attorney are required to attend the hearing scheduled to be held on September 8, 2025.   The hearing will be electronically recorded by the Court.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the dismissal of your case. If no written response is filed and you fail to comply with the Notice before September 4, 2025, the Court may enter an order dismissing the case before the hearing date.

##END OF ORDER##