PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341(a) MEETING
09/05/2025

IN RE:  CASE NUMBER: 25-01927-JAW
SHANTA EVANS, BRITTANY FAYE

APPEARANCES:
(X) DEBTOR 1                                     ( ) DEBTOR 2 (Wife in Joint Cases)
  (X) Required picture I.D. produced                ( ) Required picture I.D. produced
  (X) Required SSN verification produced            ( ) Required SSN verification produced
  ( ) Pay advices received                          ( ) Pay advices received

Credit counseling certificate (X) filed ( ) not filed.
Tax returns received for __2024__ (years) on __08/12/2025__ (uploaded).
Financial documents were ( ) retained by trustee or ( ) returned to debtor(s) or ( ) forwarded to the Office of the UST.
( ) DEBTOR'S REPRESENTATIVE _____
(X) ATTORNEY FOR DEBTOR(S): Thomas Carl Rollins, Jr. or substitute:
( ) DEBTOR(S) APPEARED PRO SE
   ( ) YES (NO) – If Pro Se, did anyone assist with preparation?
   ( ) YES (NO) – If Yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
(X) HELD; OR
( ) NOT HELD; OR
( ) NOT CONCLUDED AND IS CONTINUED TO THE _____ DAY OF _____, 20____ AT _____ O'CLOCK ___.M.

(X) YES ( ) NO – Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C.329.

( ) CREDITOR(S) _____

DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within (10) days of §341(a) Meeting – Schedule _____
( ) OTHER: _____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: _____

ADDITIONAL: NOTES: _____

DATED: 09/05/2025

_____
STEPHEN SMITH, TRUSTEE

Track # __044__ or Tape # _____ , Side _____ Counter Start# _____